BEAVER HILL HOMES, INC., Appellant, v. GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Respondent.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.